# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

JERRY B. DARVELL,                           Civil No. 08-6264 (JRT/JSM)

                Plaintiff,

v.                                          **ORDER FOR REMAND**

MICHAEL J. ASTRUE, *Commissioner of Social Security*,

                Defendant.

---

    Sean Quinn, **FALSANI BALMER PETERSON QUINN & BEYER**, 306 Superior Street West, Suite 1200, Duluth, MN 55802, for plaintiff.

    Lonnie Bryan, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for defendants.

    Pursuant to the Stipulation for Remand filed by the parties on May 19, 2009, and all the files, records, and proceedings in this matter,

    **IT IS HEREBY ORDERED** that this case is remanded, pursuant to sentence 4 of 42 U.S.C. § 405(g), to the Commissioner of Social Security for a new decision and further proceedings to properly evaluate Plaintiff's residual functional capacity, including reaching limitations imposed by the Plaintiff's reflex sympathetic dystrophy syndrome and specific record findings in support of each components of the residual functional capacity, and to obtain additional vocational expert testimony.

                LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: June 5, 2009
at Minneapolis, Minnesota                      ____ s/John R. Tunheim_____
                                                                 JOHN R. TUNHEIM
                                                             United States District Judge